IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 15-180-85 |
| TERRANCE MUNDEN | : |

## ORDER

AND NOW, this 31st day of July, 2017, upon consideration of "Defendant Terrance Munden's Motion to Join in Certain Codefendant's Post-Verdict Motions" (Doc. No. 969), it is hereby **ORDERED** that Defendant's motion to join is **GRANTED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
Mitchell S. Goldberg, J.